JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| TODD WALLIN, | CASE NO. CV11-7397 PA (SSx) |
|---|---|
| Plaintiff, | **ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES** |
| v. | |
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, a mutual company; and DOES 1 through 10, inclusive, | |
| Defendants | |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs.

DATED: May 4, 2012   _____

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
MENLO PARK

LA #4838-9137-7679 v1                - 1 -                CASE NO. CV11-7397 PA (SSX)
(PROPOSED) ORDER RE STIP. FOR DISM. W/PREJ.
OF ENTIRE ACTION AGAINST ALL PARTIES